**BRYAN CAVE LLP**
Robert Padway, California Bar No. 48439
Deborah A. Goldfarb, California Bar No. 241942
2 Embarcadero Center, Suite 1410
San Francisco, CA 94111
Telephone:  (415) 675-3400
Facsimile:   (415) 675-3434
Email:       robert.padway@bryancave.com
             deborah.goldfarb@bryancave.com

Attorneys for Defendants
COUNTRYWIDE HOME LOANS, INC.,
CWALT, INC., BANK OF NEW YORK, and
CTC REAL ESTATE SERVICES

Bryan Cave LLP
3161 Michelson Drive, Suite 1500
Irvine, California 92612-4414

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGEY GAYDUCHIK,<br><br>     Plaintiff,<br><br>vs.<br><br>COUNTRYWIDE HOME LOANS, INC., CTC REAL ESTATE SERVICES, CWALT, INC., BANK OF NEW YORK, and DOES 1 through 50, inclusive,<br><br>     Defendants. | Case No. 09-CV-03524-JAM-GGH<br><br>**ORDER ON PLAINTIFF'S MOTION FOR REMAND**<br><br>Date:     March 3, 2010<br>Time:    9:30 a.m.<br><br>Complaint Filed:   November 23, 2009<br>Trial Date:   Not Assigned |

SF01DOCS16528.1

Case No. 09-CV-03524-JAM-GGH
[PROPOSED] ORDER ON MOTION FOR REMAND

PDF created with pdfFactory trial version www.pdffactory.com

# ORDER ON MOTION TO REMAND

On Wednesday, March 3, 2010, this Court held a hearing on Plaintiff Sergey Gayduchik's Motion to Remand. The Court has read and considered the Motion papers filed in support of and in opposition to the Motion, the arguments of counsel at the hearing, and the case file in this action. Finding that a basis exists for subject matter jurisdiction, the Court hereby DENIES Plaintiff's Motion to Remand.

IT IS SO ORDERED.

Dated: March 18, 2010      /s/ John A. Mendez
                           Hon. John A. Mendez, District Court Judge
                           United States District Court
                           Eastern District of California

Dated: March 15, 2010      **LAW OFFICE OF UY AND HENRIOULLE**

                           By: /s/ Stevan J. Henrioulle
                               Stevan J. Henrioulle
                           Attorneys for Plaintiffs

Dated: March 15, 2010      **BRYAN CAVE LLP**
                           Robert Padway
                           Deborah Goldfarb

                           By: //s/ Deborah A. Goldfarb
                               Deborah Goldfarb
                               Attorney for Defendants
                               COUNTRYWIDE HOME LOANS, INC.,
                               CWALT, INC., BANK OF NEW YORK,
                               and CTC REAL ESTATE SERVICES

Bryan Cave LLP
3161 Michelson Drive, Suite 1500
Irvine, California 92612-4414

PDF created with pdfFactory trial version www.pdffactory.com